```
ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT N. SPANSAIL (CABN 293847)
Special Assistant United States Attorney

1336 Plummer Street, Bldg 275
Monterey, CA 93944
Telephone: (831) 242-6416
anne.c.hsieh.mil@mail.mil

Attorneys for United States of America
```

FILED

AUG 2 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER J. SOLORIO <br><br> Defendant. | No. CR 18-00129-MAG <br><br> STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

The parties, through Counsel, stipulate that the status/change of plea hearing currently scheduled for August 21, 2018, may be continued to August 31, 2018. The reason for the requested continuance is so the parties may have sufficient time to reach a resolution in this case. The parties also jointly request that time be excluded under the Speedy Trial Act between August 21, 2018 and August 31, 2018 so that counsel can conduct additional investigation, and negotiate a potential resolution in this matter.

Dated: 8/17/2018

/s/
TAMARA CREPET
Counsel for Defendant

1 | Dated: 8/17/2018

/s/
SCOTT N. SPANSAIL
Special Assistant United States Attorney

## [PROPOSED] ORDER

Upon stipulation of the parties, IT IS ORDERED that:

1. This matter is set before this Court for a change of plea hearing on August 31, 2018.

2. The time between August 21, 2018 and August 31, 2018 shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as failure to grant the requested continuance would deny defense and Government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: August 17, 2018  8/20/2018

NATHANAEL COUSINS
United States Magistrate Judge